1  Larry W. Lee (State Bar No. 228175)
   Max W. Gavron (State Bar No. 291697)
2  **DIVERSITY LAW GROUP, P.C.**
3  515 S. Figueroa Street, Suite 1250
   Los Angeles, CA 90071
4  (213) 488-6555
   (213) 488-6554 facsimile
5  lwlee@diversitylaw.com
   mgavron@diversitylaw.com
6
7  Attorneys for Plaintiff and the Class

8  William C. Martucci (*pro hac vice*)
   wmartucci@shb.com
9  SHOOK, HARDY & BACON, L.L.P.
   1800 K Street NW, Suite 1000
10 Washington, D.C. 20006
   Tel: 202.783-8400
11 Fax: 202.783.4211

12 Jason M. Richardson (SBN250916)
   jmrichardson@shb.com
13 SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
14 San Francisco, California 94105
   Tel:  415.544.1900
15 Fax:  415.391.0281

16 Attorneys for Defendants
   Foot Locker Retail, Inc. dba
17 Champs US, a New York corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, as an individual and on behalf of all others similarly situated, | Case No. 21-cv-02040-WHO |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| FOOT LOCKER RETAIL, INC. d/b/a Champs US, a New York corporation; and DOES 1 through 50, inclusive, | Complaint Filed:        January 19, 2021 |
| Defendants. | |

1      On February 14, 2024, Plaintiff Kevin Johnson ("Plaintiff") and Defendant, Foot Locker Retail,
2 Inc. ("Defendant") (together, the "Parties"), through their counsel of record, submitted a stipulation for
3 dismissal with prejudice following the court-approved settlement in the related action, *Asis v. Foot*
4 *Locker Retail, Inc.*, San Joaquin County Case No. STK-CV-UOE-2023-627 (the "*Asis* Action").

     Having found good cause to dismiss this action with prejudice following the entry of judgment in the *Asis* Action, the Court grants the Parties' stipulation and dismiss this action with prejudice with each party to bear their own attorneys' fees and costs, except as otherwise set forth in the judgment entered in the *Asis* Action or pursuant to the Parties' settlement.

     IT IS SO ORDERED.

DATED: February 15, 2024

By: _____
JUDGE OF THE UNITED STATES DISTRICT COURT